THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALTON RUSSELL CHRISTIAN, Appellant.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.